UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD W. LESLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15CV59 HEA |
| | ) | |
| MS. JANE DOE TEAGUE, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to compel and motion for extension of time. The motions are denied.

The motion to compel is premature because the Court has not authorized discovery. *See* E.D. Mo. L.R. 16 - 5.01, 16 - 5.04 (discovery in prisoner cases may not take place until Court enters a Case Management Order).

The motion for extension of time is moot. Plaintiff is under the impression that defendant Thompson has filed a motion to dismiss the complaint. He did not. He filed an answer, which does not require a response.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions to compel [ECF No. 35] and for extension of time [ECF No. 36] are **DENIED**.

Dated this 7th day of January, 2016

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE