UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD W. LESLEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:15CV59 HEA |
| UNKNOWN TEAGUE, et al., | ) ) ) | |
| Defendants, | ) | |

## OPINION, MEMORANDUM AND ORDER

Plaintiff moves the Court to update the docket sheet to replace the Jane Doe defendants with their full names. These defendants are Stacy Mosley, Kala Hunter, Mary Mills, and Jeremy Trustee. The motion is granted.

In his complaint, plaintiff alleges that he was pepper sprayed by a correctional officer and was not allowed to wash for four days. Plaintiff's claim against Mosley, Hunter, Mills, and Trustee is that they ignored his requests for medical aid during those four days. However, he has not made specific factual allegations that would allow the Court to determine which defendant or defendants violated his rights. This is impermissible. The complaint must state how each individual defendant contributed to the constitutional violation. *See Ashcroft v. Iqbal*, 556 U.S. 662, 676 (2009) ("Because vicarious liability is inapplicable to *Bivens* and § 1983 suits, a plaintiff must plead that each Government-official defendant, through the official's own individual actions, has violated the Constitution."). As a result, the complaint fails to state a claim upon which relief can be granted as to each of these defendants, and they must be dismissed under 28 U.S.C. § 1915(e).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to update the docket sheet [ECF No. 41] is **GRANTED**.

**IT IS FURTHER ORDERED** the Clerk is directed to terminate Jane Does 2-7 and to add defendants Stacy Mosley, Kala Hunter, Mary Mills, and Jeremy Trustee to the docket sheet.

**IT IS FURTHER ORDERED** that defendants Stacy Mosley, Kala Hunter, Mary Mills, and Jeremy Trustee are **DISMISSED** without prejudice.

An Order of Partial Dismissal will be filed separately.

Dated this 20th day of January, 2016.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE